EXHIBIT A

Buy Trader Joes Online in Dubai at best prices on desertcart



| All ▾ | trader joe's |

| Any Price ▾ | | Any country ▾ |



**Shop Internationally at local prices**

desertcart PRO
FIND ANYTHING

Become a PRO Member

## Online Trader Joes Shopping Store in UAE

**Trader Joe's Dark Chocolate Peanut Butter Cups 16 oz Two Pack**

By  tj's

⭐ 3.8

USA Hub
to UAE
in 2 Days

AED 166

**Trader joe's Chili Onion Crunch**

By  tj's

⭐ 4.1

~~AED 71~~

USA Hub
to UAE
in 2 Days

AED 70





☰ | All ▾ | 🛒

Any Price ▾ | Any country ▾

**Trader Joe's Soyaki Sauce - 21 oz.**

By  trader joe's soyaki sauce

⭐ 4.5

USA Hub to UAE in 2 Days 📍🔗⏱

**AED 98**

**Trader Joe's Everything but the Bagel Sesame Seasoning Blend 2.3 oz, Pack of 1**

By  tj's

⭐ 4.7

USA Hub to UAE in 2 Days 📍🔗⏱

**AED 52**



**Trader Joe's Triple Ginger Snaps, Xlarge**

By  trader joe's

⭐ 4

USA Hub to UAE in 2 Days 📍🔗⏱

**AED 83**



**Trader Joe's Nourish Spray Sunscreen SPF 50+ Broad Spectrum**

By  trader joe's

⭐ 4.7

USA Hub to UAE in 2 Days 📍🔗⏱

**AED 84**



**Trader Joe's Nourish Spray Sunscreen SPF 50+ Broad Spectrum (2-Pack)**

By  trader joe's

⭐ 4.7

USA Hub to UAE in 2 Days 📍🔗⏱



**Trader Joe's 21 Seasoning Salute (Pack of 2)**

By  trader joe's

USA Hub to UAE in 2 Days 📍🔗⏱





| ☰ | All ▾ | 🛒 |

| Any Price ▾ | | Any country ▾ |



**Trader Joe's 21 Seasoning Salute (Pack of 2)**

By trader joe's

USA Hub
to UAE
in 2 Days

**AED 69**



**Trader Joe's Enrich Moisturizing Face Lotion - Pack of 2**

By trader joe's

India Hub
to UAE
in 3-5 Days

~~AED 432~~

**AED 237**  Save 45%



**Trader Joe's Everything but The Bagel Sesame Seasoning Blend**

By trader joe's

India Hub
to UAE
in 3-5 Days

~~AED 257~~

**AED 225**



**Trader Joe's Lemon Hand Soap - 2 Pack**

India Hub
to UAE
in 3-5 Days

~~AED 472~~

**AED 417**

Deal



**Trader Joe's Latte Mix Spicy Chai Tea**

By trader joe's

**Trader Joe s Tea Tree Tingle Shampoo, Conditioner, and Body Wash Set**

By trader joe's



6/1/23, 11:52 AM
Buy Trader Joe's online in Dubai at best prices in Desert Cart UAE
Case 3:23-cv-01148-CRB Document 15-2 Filed 06/07/23 Page 5 of 19


All ▾


Any Price ▾          Any country ▾


Deal

**Trader Joe's English Breakfast Tea - 48 Count by Trader Joe's**

India Hub 
to UAE
in 3-5 Days

AED 467
**AED 299**   Save 36%



**Trader Joe's Tea Tree Tingle Shampoo with Peppermint, Tea Tree and Eucalyptus Botanicals, 16-Ounces**
By  trader joe's

India Hub
to UAE
in 3-5 Days

AED 291
**AED 233**



**Trader Joe's Triple Ginger Snaps - 3 Pack (14 oz tubs), Set of 3**

By  trader joe's

India Hub
to UAE
in 3-5 Days

AED 462
**AED 401**



**Trader Joe's Meyer Lemon Cookie Thins 9oz(255g)**

By  tj's

⭐ 4.3

USA Hub
to UAE
in 2 Days

**AED 57**







All ▾



Any Price ▾                          Any country ▾

AED 87                                AED 98

                  

**Trader Joe's Peanut Butter Filled Pretzels 16 oz (Pack of 2)**    **Trader Joe's Crunchy Jalapeno Lime & Onion in Olive Oil, 5.6 oz (Pack of 1)**

By  trader joe's                      By  generic

⭐ 4.4                                                    USA Hub
                                                         to UAE
                      USA Hub                             in 2 Days
                      to UAE        
                      in 2 Days      ~~AED 81~~

AED 105                               AED 72

                  

**Trader Joe's Ground Fermented Black Garlic**    **Trader Joes Marinated Olive Duo with Lemon and Herbs (2 Pack), 8.8 OZ each**

By  trader joe's                      By  trader joe's

⭐ 4.5                                                    USA Hub
                      USA Hub                             to UAE
                      to UAE                              in 2 Days
                      in 2 Days
~~AED 59~~

AED 56                                AED 72





☰ | All ▾ | 🛒

Any Price ▾ | Any country ▾

### Trader Joe's Soyaki Sauce, 21 Oz (Pack of 2)

By trader joe's

⭐ 4.4

USA Hub to UAE in 2 Days

**AED 171**

### Trader Joes Bite Size Everything Crackers (2 Pack)

By trader joe's

⭐ 4

USA Hub to UAE in 2 Days

**AED 140**



### Trader Joe's Speculoos Crunchy Cookie Butter 14.1 ounces

By tj's

⭐ 4.5

USA Hub to UAE in 2 Days

**AED 82**



### Trader Joes Washable Paper Grocery Reusable Bag

By trader joes

⭐ 4.7

USA Hub to UAE in 2 Days

**AED 85**



### Trader Joe's Belgian Dark Chocolate Bars, 1.75 oz (2 Packs of 3)

By tj's

⭐ 4.3

USA Hub to UAE in 2 Days



### Trader Joe's Tea Tree Tingle Shampoo with Peppermint, Tea Tree and Eucalyptus Botanicals, 16-Ounces

By trader joe's

⭐ 4.5

USA Hub to UAE in 2 Days

☰   [ All ▾ ]                                                    🛒

[ Any Price                    ▾ ]          [ Any country                  ▾ ]



**Trader Joe's Sweetened Dried Orange Slices 5.3 Oz, (Pack of 3)**

By  tj's

⭐ 4.5                                            USA Hub 📍
                                                to UAE 📍
                                                in 2 Days 🕐

**AED 108**



**Trader Joes Fig Fruit Butter 11 Oz / 312 G Delicious on Toast or with Cheese**

By  tj's

⭐ 4.3                                            USA Hub 📍
                                                to UAE 📍
                                                in 2 Days 🕐

**AED 81**



**Trader Joe's Simply the Best Trek Mix with Cashews, Almonds, Pineapple, Cranberries, and Tart Cherries, 1 lb oz**

By  trader joes

                                                USA Hub 📍
                                                to UAE 📍
                                                in 2 Days 🕐

~~AED 108~~

**AED 103**



**Trader Joe's Everything But The Elote Seasoning Blend With Chile Pepper, Parmesan Cheese, Chipotle Powder, Cumin,...**

By  trader joe's

⭐ 4.5                                            USA Hub 📍
                                                to UAE 📍
                                                in 2 Days 🕐

~~AED 37~~

**AED 36**

**Trader Joes Lemongrass Coconut Body Oil with Almond and Jojoba Oils 4.8 FL OZ (143 ml)**

By  trader joe's



**Trader Joe's Cuban Style Citrusy Garlic Seasoning Blend 2.25oz**

By  tj's

6/1/23, 11:52 AM
Case 3:23-cv-01148-CRB Document 15-2 Filed 06/07/23 Page 9 of 19
Buy Trader Joe's Products in Dubai at Best Prices on desertcart.AE



All ▾



| Any Price ▾ | Any country ▾ |



**Trader Joes Dried Fruit Soft & Juicy Mango, 6 Ounce (Pack of 4)**

By  tj's

⭐ 4.3

~~AED 127~~

USA Hub to UAE in 2 Days

**AED 118**



**Rose Water Facial Toner Hydrate and Refresh by Trader Joe's (1 Bottle)**

By  turning to wellness

⭐ 4.6

~~AED 59~~

USA Hub to UAE in 2 Days

**AED 50**



**Trader Joe's Green Goddess Seasoning Blend (Pack of 2)**

By  tj's

⭐ 4.7

~~AED 74~~

USA Hub to UAE in 2 Days

**AED 69**



**Trader Joe's Enrich Moisturizing Face Lotion Pack of 2**

By  trader joe's

⭐ 4.6

USA Hub to UAE in 2 Days

**AED 107**







All ▾

AED 79                                        AED 84



**Trader Joe's Magnifisauce**

By  trader joe's

⭐ 4.2                                 USA Hub
                                       to UAE
~~AED 61~~                             in 2 Days

**AED 58**



**Trader Joe's Peony Blossom Foaming Hand Soap, 8 Fl Oz (Pack of 1)**

                                       USA Hub
                                       to UAE
                                       in 2 Days

**AED 91**



**NEW Trader Joe's Dark Chocolate Peanut Butter Cups 4 PACK NO ARTIFICIAL FLAVORS 1 lb each Container NO…**

By  trader joe's

                                       USA Hub
                                       to UAE
                                       in 2 Days

**AED 245**

**Trader Joe's Grapefruit Scented Candle (Pack of 2)**

⭐ 4.4                                 USA Hub
                                       to UAE
~~AED 193~~                            in 2 Days

**AED 191**

By Trader Joe's Online in Dubai at best prices at desertcart.ae

≡    All ▾    🛒

Any Price ▾    Any country ▾



**Trader Joe's Mushroom and Company Multipurpose Umami Seasoning Blend 2.1 Ounces**
By trader joe's

⭐ 4.6    USA Hub 📍
to UAE 📍
in 2 Days ⏱

**AED 43**



**Trader Joe's Green Tea Mints (Pack of 2)**
By trader joe's

⭐ 4.5    USA Hub 📍
to UAE 📍
~~AED 55~~    in 2 Days ⏱

**AED 52**



**Trader Joe's BBQ Rub and Seasoning with Coffee & Garlic - PACK OF 4**
By trader joe's

⭐ 4.8    USA Hub 📍
to UAE 📍
in 2 Days ⏱

**AED 209**



**Set of 3 Trader Joe's Spicy Chai Latte**
By trader joe's

⭐ 4.7    USA Hub 📍
to UAE 📍
in 2 Days ⏱

**AED 211**



**Trader Joe's Tea Tree Tingle Moisturizing Shampoo & Conditioner 4 Pack (2 Each) - CRUELTY FREE**
By trader joe's

⭐ 4.5    USA Hub 📍
to UAE 📍
in 2 Days ⏱

Deal



**Trader Joe's Chile Lime Seasoning Blend 2.9 Oz, Pack of 1**
By tj's

⭐ 4.6    USA Hub 📍
to UAE 📍
~~AED 73~~    in 2 Days ⏱



All ▾



Any Price ▾                         Any country ▾



**Mens Womens Tshirt Trader Joes Grocery Store Shirts for Men Women Mon Gift Friends Multicolor**

By  generic

USA Hub 📍
to UAE ⚓
in 2 Days 🕐

**AED 140**



**Trader Joe's Ketchup Flavored Sprinkle Seasoning Blend (Pack of 1)**

USA Hub 📍
to UAE ⚓
in 2 Days 🕐

**AED 113**



**Trader Joe's Spiced Chai Assam Black Tea &Exotic Spices 20 Tea Bags 2.2 Oz. (Pack of 3)**

By  trader joe's

⭐ 4.7

USA Hub 📍
to UAE ⚓
in 2 Days 🕐

**AED 104**



**Trader Joe's Original Savory Thin Mini Crackers 8oz(227g)**

By  trader joe's

⭐ 4.3

USA Hub 📍
to UAE ⚓
in 2 Days 🕐

**AED 86**

Deal



**Trader Joe's Freeze Dried Strawberries Unsweetened & Unsulfured 1.2oz**

By  trader joe's



**Trader Joes Thai Lime & Chili Almonds - PACK OF 2**

By  trader joe's

6/1/23, 11:52 AM                    Buy Trader Joe's in Dubai - Prices from desertcart.ae

☰        All ▼                                                                🛒

Any Price ▼                          Any country ▼

Trader Joe's Tea Tree Tingle Conditioner with Peppermint and Eucalyptus (Pack of 2) by Kodiake

India Hub 📍
to UAE
in 3-5 Days 🕐

~~AED 986~~
AED 789

Trader Joe's Tea Tree Tingle Body Wash,16 ounce

India Hub 📍
to UAE
in 3-5 Days 🕐

~~AED 523~~
AED 419

Deal



Trader Joe's Happy Trekking...Almonds, Cashews, Pistachios, Chocolate, Cranberries & Cherries...15 oz. bag...Low...

India Hub 📍
to UAE
in 3-5 Days 🕐

~~AED 1,116~~
AED 884    Save 21%

Trader Joe's Tea Tree Tingle Shampoo & Conditioner, 16 oz.

India Hub 📍
to UAE
in 3-5 Days 🕐

~~AED 836~~
AED 669

Deal                                          Deal



 

All ▾

| Any Price ▾ | Any country ▾ |

AED 524   Save 48%                              AED 198   Save 42%

Deal



**Trader Joes Organic Tea Variety Pack - Pomegranate White Tea, Moroccan Mint Green Tea, Ginger Turmeric Herbal Tea -...**

India Hub
to UAE
in 3-5 Days

~~AED 560~~
AED 364   Save 35%



**Trader Joe's Whole Grain, Gluten Free Rolled Oats - Two 32 oz. Bags**
By  trader joe's

India Hub
to UAE
in 3-5 Days

~~AED 506~~
AED 437

Deal



**Trader Joe's Face and Body Sunscreen Lotion Broad Spectrum SPF 30**

India Hub
to UAE
in 3-5 Days

~~AED 397~~
AED 318



**Trader Joe's Lavender Salt Scrub (2-Pack)**

India Hub
to UAE
in 3-5 Days

~~AED 1,151~~
AED 594   Save 48%

Deal

6/1/23, 11:52 AM
Case 3:23-cv-01148-CRB   Document 15-2   Filed 06/07/23   Page 15 of 19
By Trader Joe's Sentinel in Dubai - Search Results | desertcart AE



≡   | All ▾ |   🛒

| Any Price ▾ |   | Any country ▾ |

Trader Joe's Tea Tree Tingle Conditioner with Peppermint and Eucalyptus (Pack of 2)

India Hub 📍
to UAE 📍
in 3-5 Days ⏱

~~AED 903~~

AED 504   **Save 44%**

Trader Joe's Nourish Spa Balance Moisturizing Shampoo & Moisturizing Conditioner

⭐ 4.3

India Hub 📍
to UAE 📍
in 3-5 Days ⏱

~~AED 639~~

AED 589

<span>Deal</span>



**2 Pack Trader Joe's Spa Face Wash with Tea Tree Oil**

⭐ 4.6

India Hub 📍
to UAE 📍
in 3-5 Days ⏱

~~AED 828~~

AED 475   **Save 43%**

<span>Deal</span>



**2-PACK, Trader Joe's ULTRA MOISTURIZING HAND CREAM - 20% Pure SHEA BUTTER, Enriched with HEMP SEED OIL &...**

By  trader joe's

India Hub 📍
to UAE 📍
in 3-5 Days ⏱

~~AED 441~~

AED 237   **Save 46%**

<span>Deal</span>



**Trader Joe's Cocoa Batons 5 oz**

By  tj's

India Hub 📍
to UAE 📍
in 3-5 Days ⏱

~~AED 205~~



**Trader Joe's Glucosamine Chondroitin for Dogs (2 Pack)**

⭐ 4.2

India Hub 📍
to UAE 📍
in 3-5 Days ⏱

~~AED 640~~

☰  [ All ▾ ]  🛒

| Any Price ▾ | Any country ▾ |



**Trader Joe's Lavender & Chamomile Hand Soap - 2 Pack**

~~AED 463~~

India Hub 📍
to UAE
in 3-5 Days 🕐

AED 408



**Trader Joe's Tea Tree Tingle Shampoo with Peppermint, Tea Tree and Eucalyptus Botanicals, 16-Ounces**
By trader joe's

~~AED 362~~

India Hub 📍
to UAE
in 3-5 Days 🕐

AED 290

**Deal**



**Trader Joe's Trader Giotto's Oven-Baked, Gluten-Free, Low Carb Cheese Bites (3-pack)**
By trader joes

~~AED 276~~

India Hub 📍
to UAE
in 3-5 Days 🕐

AED 218   Save 21%



**Trader Joe's Unsweetened INSTANT Oatmeal 11.3 oz (Pack of 2 boxes), Set of 2**

~~AED 558~~

India Hub 📍
to UAE
in 3-5 Days 🕐

AED 456



**Trader Joe's Face and Body Sunscreen Lotion Broad Spectrum SPF 30**
By trader joe's

**Deal**



**Trader Joes 100% Pure Spa Jojoba Oil - Cruelty Free - Two. 4-Oz bottles by Trader Joes Spa**
By trader joes spa





| All ▾ | | 🛒 |

| Any Price ▾ | | Any country ▾ |

**Where can I buy the best Trader Joes online at the best price in UAE?**

desertcart is the best online shopping platform in UAE where you can choose to buy from the largest selection of Trader Joes from renowned brands. desertcart delivers the most unique and largest selection of products from across the world especially from the US, UK and India at affordable prices and the fastest delivery time.

**What are the best-selling Trader Joes on desertcart?**

desertcart helps you to shop online and delivers Trader Joes to your doorstep. The best-selling Trader Joes on desertcart are: (1) Trader Joe's Dark Chocolate Peanut Butter Cups 16 oz Two Pack (2) Trader joe's Chili Onion Crunch (3) Trader Joe's Soyaki Sauce - 21 oz. (4) Trader Joe's Everything but the Bagel Sesame Seasoning Blend 2.3 oz, Pack of 1 (5) Trader Joe's Triple Ginger Snaps, Xlarge (6) Trader Joe's Nourish Spray Sunscreen SPF 50+ Broad Spectrum

**Are Trader Joes available and ready for delivery in Dubai, Abu Dhabi, Sharjah, Al Ain, Ajman in UAE?**

desertcart ships the Trader Joes in Dubai, Abu Dhabi, Sharjah, Al Ain, Ajman and more cities in UAE. Get unlimited free shipping in 164+ countries with desertcart Plus membership. We can deliver the Trader Joes speedily without the hassle of shipping, customs or duties.

**Does desertcart have 100% authentic Trader Joes online?**

desertcart buys Trader Joes directly from the authorised agents and verifies the authenticity of the products. We have a dedicated team who specialise in quality control delivery. We also provide a free 14 days return policy along with 24/7 customer support experience.

**Is desertcart UAE Legit Site to Shop Trader Joes Online?**

desertcart is a 100% legit website to buy Trader Joes of authentic brands. Our dedicated team specialize in quality control of each product and deliver them to the customers at their doorsteps.

---

**Need Help ?**
We'd love to help you out!
support@desertcart.com



**Phone Support**
+971 4 5616852



**24/7 Live Chat**
Chat with us anytime



**FAQ**
Find your answer

---



About Us     Terms     Privacy     Careers     Developers     Desertcart Blog     Desertcart Affiliates

Sell on Desertcart     Ecommerce Fulfillment

UAE     Saudi Arabia     Oman     Kuwait     Bahrain

Desertcart provides a seamless and secure shopping platform with 100 million+ products from around the globe delivered to your door.

Copyright © 2023 Desertcart.