# EXHIBIT B

# About Desertcart

Thanks for browsing through our site and we hope you enjoy your shopping experience on Desertcart!

Things that you will not find anywhere else you will find at desertcart.

With over 100 Million products cataloged on the website being shipped from all around the world at a delivery speed previously unimaginable, we are pushing the limits of what can be achieved by merging bleeding edge technology and efficient supply chain management.

With our dedicated distribution/consolidation centers in key locations around the globe (US, UK and India) we have been able to truly connect the world and combining it with an unmatched customer experience, we are literally delivering happiness in a box. No wonder we are the top-rated E-Commerce company in the region:

- Google Reviews 4.6 (1000+ Reviews)

So, say goodbye to lack of variety and say hello to desertcart, your truly one stop shop to find anything.

