# EXHIBIT C

Interested in domain names? Click here (http://www.us3.list-manage.com/subscribe?u=3ed33822580891424c5756387&id=6c90d905a5) to stay up to date with domain name news and promotions at Name.com

**desertcart.us** is already registered. Interested in buying it? **Make an Offer** (https://domainagents.com/desertcart.us-whodot)

| .us | .com | .net $10114.25 | .org | .co | .io $19.99 |
|---|---|---|---|---|---|
| Taken | Taken | Available | Taken | Taken | Available |

| .app | .live $3.99 |
|---|---|
| Taken | Available |

Purchase Selected Domains

cached

# desertcart.us

whois information

Whois (/whois/desertcart.us) DNS Records (/dns/desertcart.us) Diagnostics (/tools/desertcart.us)

cache expires in 23 hours, 59 minutes and 59 seconds

## Registrar Info

Name
Gandi SAS

Referral URL
whois.gandi.net

Status
clientTransferProhibited https://icann.org/epp#clientTransferProhibited

## Important Dates

Expires On
2023-12-24

Registered On
2019-12-24

Updated On
2022-11-28

## Name Servers

jake.ns.cloudflare.com (/nameserver/jake.ns.cloudflare.com)
108.162.193.122 (/whois-ip/ip-address/108.162.193.122)

lucy.ns.cloudflare.com (/nameserver/lucy.ns.cloudflare.com)
173.245.58.133 (/whois-ip/ip-address/173.245.58.133)

## Similar Domains

deser-design.pl (/whois/deser-design.pl) | deser-etec.de (/whois/deser-etec.de) | deser-media.com (/whois/deser-media.com) | deser-media.de (/whois/deser-media.de) | deser-operations.com (/whois/deser-operations.com) | deser.biz (/whois/deser.biz) | deser.city (/whois/deser.city) | deser.cn (/whois/deser.cn) | deser.co (/whois/deser.co) | deser.com (/whois/deser.com) | deser.com.br (/whois/deser.com.br) | deser.com.pl (/whois/deser.com.pl) | deser.com.tr (/whois/deser.com.tr) | deser.de (/whois/deser.de) | deser.digital (/whois/deser.digital) | deser.es (/whois/deser.es) | deser.fr (/whois/deser.fr) | deser.info (/whois/deser.info) | deser.io (/whois/deser.io) | deser.ir (/whois/deser.ir) |

## Registrar Data

We will display stored WHOIS data for up to 30 days.

Make Private Now (/whois/privacy/desertcart.us)

**Registrant Contact Information:**
**Name**

Rahul Swaminathan
**Organization**
Desertcart Trading FZE
**Address**
RAK Business Center
**City**
Ras as khaimah
**Postal Code**
330467
**Country**
AE
**Phone**
+971.45245555
**Email**
**d29e9ff286a7b561126ab87c5c9e2931-16601959@contact.gandi.net**

**Administrative Contact Information:**
**Name**
Rahul Swaminathan
**Organization**
Desertcart Trading FZE
**Address**
RAK Business Center
**City**
Ras as khaimah
**Postal Code**
330467
**Country**
AE
**Phone**
+971.45245555
**Email**
**d29e9ff286a7b561126ab87c5c9e2931-16601959@contact.gandi.net**

**Technical Contact Information:**
**Name**
Rahul Swaminathan
**Organization**
Desertcart Trading FZE

**Address**
RAK Business Center
**City**
Ras as khaimah
**Postal Code**
330467
**Country**
AE
**Phone**
+971.45245555
**Email**
**d29e9ff286a7b561126ab87c5c9e2931-16601959@contact.gandi.net**

Information Updated: 2023-06-01 19:15:15

Use promo code WHOIS to save 15% on your first Name.com order. (https://www.name.com/redirect/whodotis/sidebar-top)

Find the perfect domain at
Name.com

(https://www.name.com/redirect/whodotis/sidebar-top)

Everything you need in one place.
SAVE 15% ON YOUR FIRST ORDER
USE PROMO CODE WHOIS
Name.com

Site Status

Status
Active

New customers only. Discount not applicable to domain transfers, renewals, or premium registrations.

Server Type
awselb/2.0

(https://www.name.com/redirect/whodotis/sidebar-middle)

Suggested Domains for desertcart.us

- [ ] desert-cart.live

$3.99

- [ ] desertcarts.live

$3.99

- [ ] aridcart.live

$3.99

- [ ] desertwagon.live

$3.99

- [ ] saharacart.live

$3.99

Purchase Selected Domains

Use promo code WHOIS to save 15% on your first Name.com order. (https://www.name.com/redirect/whodotis/sidebar-bottom)

Find the perfect domain at
Name.com

(https://www.name.com/redirect/whodotis/sidebar-bottom)

6/1/23, 12:15 PM desertcart.us whois lookup - who.is

Transfers (https://www.name.com/domain-transfer) Premium Domains (https://www.name.com/aftermarket?searchtype=premium) Web Hosting (https://www.name.com/purchase/hosting) Website Builder (https://www.name.com/website-builder) Contact Us (/contact) FAQs (/faq) Terms of Service (/terms)

https://who.is/whois/desertcart.us 8/8