# EXHIBIT F

# Business Information

## Business Details

| | |
|---|---|
| Business Name: PIFFERT INC. | Business ID: 719273 |
| Business Type: Foreign Profit Corporation | Business Status: Good Standing |
| Business Creation Date: 12/26/2014 | Name in State of Incorporation: PIFFERT INC. |
| Date of Formation in Jurisdiction: 12/26/2014 | |
| Principal Office Address: 1 Industrial Park Dr Unit 9, Pelham, NH, 03076, USA | Mailing Address: 19 Lukens Drive Suite 300, New Castle, DE, 19720, USA |
| Citizenship / State of Incorporation: Foreign/Delaware | |
| | Last Annual Report Year: 2022 |
| | Next Report Year: 2023 |
| Duration: Perpetual | |
| Business Email: rahul@piffert.com | Phone #: 702-527-2485 |
| Notification Email: rahul@swaminathan.com | Fiscal Year End Date: NONE |

## Principal Purpose

| S.No | NAICS Code | NAICS Subcode |
|---|---|---|
| 1 | OTHER / Packaging and shipping. | |

Page 1 of 1, records 1 to 1 of 1

## Principals Information

| Name/Title | Business Address |
|---|---|
| Rahul Swaminathan / President | 19 Lukens Drive Suite 300, New Castle, DE, 19720, USA |
| Rahul Swaminathan / Director | 19 Lukens Drive Suite 300, New Castle, DE, 19720, USA |

Page 1 of 1, records 1 to 2 of 2

## Registered Agent Information

| | |
|---|---|
| Name: | DOCUSEARCH, INC. |
| Registered Office Address: | 63 Pleasant Street, Concord, NH, 03302 - 0777, USA |
| Registered Mailing Address: | PO Box 777, Concord, NH, 03302 - 0777, USA |

## Trade Name Information

No Trade Name(s) associated to this business.

## Trade Name Owned By

No Records to View.

## Trademark Information

| Trademark Number | Trademark Name | Business Address | Mailing Address |
|---|---|---|---|
| | | No records to view. | |

Filing History    Address History    View All Other Addresses    Name History    Shares

Businesses Linked to Registered Agent    Return to Search    Back

NH Department of State, 107 North Main St. Room 204, Concord, NH 03301 -- **Contact Us (/online/Home/ContactUS)**

© 2022 State of New Hampshire.