# EXHIBIT G

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Sikes III, George W. |
| **Sent:** | Friday, March 17, 2023 1:19 PM |
| **To:** | Gosewehr, Katie; Patton, Madeleine T.; Court Services |
| **Cc:** | Levad, Andrew M.; Sikes III, George W. |
| **Subject:** | RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148) |

See below additional update and please advise:

This is the report from our DE server. As per the manager, Rahul Swaminathan does not come in to the office and lives out of state.
Please advise, thanks!

# O'Melveny

**George W. Sikes, III**
Managing Clerk
gsikes@omm.com
O: +1-212-408-2423

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*
*The American Lawyer*: **Ranked #1 on the A-List, including #1 for Associate Satisfaction**
*Vault*: **Five straight years in the Top 3 for Best Law Firm to Work For, Overall Diversity, and Best Summer Associate Program**

**From:** Sikes III, George W. <gsikes@omm.com>
**Sent:** Friday, March 17, 2023 1:48 PM
**To:** Gosewehr, Katie <kgosewehr@omm.com>; Patton, Madeleine T. <mpatton@omm.com>; Court Services <ommsvc2@OMM.com>
**Cc:** Levad, Andrew M. <alevad@omm.com>; Sikes III, George W. <gsikes@omm.com>
**Subject:** RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148)

Just received the following update:

Piffert was served today. Once we hear back from our server in DE, we will advise.

# O'Melveny

**George W. Sikes, III**
Managing Clerk
gsikes@omm.com
O: +1-212-408-2423

O'Melveny & Myers LLP
Times Square Tower