EXHIBIT H

# SKOPENOW

## Intelligence Report

Subject: Rahul Swaminathan
File No.: 19613#0872056-00009PATTON, MAD

Created on: 03/23/2023
Created by: O'Melveny & Myers, Christine Davis

## Table of Contents

Table of Contents .................................................................................................... 1
Search Parameters ................................................................................................. 2
Bookmarked Items ................................................................................................. 3
Report Summary ..................................................................................................... 3
Digital Summary ...................................................................................................... 4
Usernames ............................................................................................................... 4
Location Data ........................................................................................................... 5
Screenshots and Content ................................................................................... 6 - 8

## Search Parameters

**Input Summary**

| | |
|---|---|
| Name(s) | Rahul Swaminathan |
| Location(s) | California, USA |
| Dehashed Domain(s) | https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahukewjj3l2zxvl9a |
| Job(s) | DesertCart Trading FZE , PIFFERT Inc |

Report Summary



The subject's name is Rahul Swaminathan, and is the current Founder at Desertcart. . We have identified 2 social media profiles and it appears that the subject has a moderate social media footprint.

## Bookmarked Items

Page 6 : Linkedin - https://www.linkedin.com/in/swaminathanrahul .
Page 7 : Linkedin - https://www.linkedin.com/in/rahul-swaminathan-54b597148 .

## Profiles Found

The following profiles were found and identified to belong to Rahul Swaminathan:

Page 6 : Linkedin - https://www.linkedin.com/in/swaminathanrahul, identified by the following identifiers: Rahul Swaminathan, Claremont, CA, Desertcart Trading Fze, Swaminathanrahul, rswaminathan@hmc.edu.
Page 7 : Linkedin - https://www.linkedin.com/in/rahul-swaminathan-54b597148, identified by the following identifiers: Rahul Swaminathan, Desertcart Trading Fze.

Digital Summary

| | |
|---|---|
| **Subject Details** | |
| Name(s) | Rahul Swaminathan |
| Age | 19 |
| Dates of Interest | - |
| Date of Incident | - |
| Type of Incident | - |
| Behavior Focus | - |
| Keyword(s) | - |
| Occupation | Founder at Desertcart,  Desertcart Trading Fze |
| Education | Harvey Mudd College |
| Gender | - |
| **Locations** | |
| Current Location | Claremont, CA |
| Previous Location(s) | |
| Address(es) | 301 Platt Blvd, Claremont, CA |
| **Contact** | |
| Email(s) | rahul@desertcart.com,  rahul.swaminathan@desertcart.com,  rahul_swaminathan@hmc.edu,  swamirahul@hotmail.com,  rswaminathan@hmc.edu |
| Phone Number(s) | +1 909-607-4277,  +1 909-267-4356 |
| **Web** | |
| Personal Website(s) | techmahindra.com,  stanfordhealthcare.org,  lydnow.com,  tatacommunications.com,  taalinc.net,  smsng.co |
| Username(s) | Rahul_swaminathan ,  Samsungmobile ,  Rahulswaminathan08 ,  Swaminathanrahul ,  Rahulswaminathan ,  Xtreme5000 ,  Rahulswaminath6 ,  Rahul-swaminathan-69068144 |
| Connections | - |
| Notes | |

## Locations Found

| City | State | Source |
|------|-------|--------|
| Claremont | CA | Pdl - Rocketreach - Input - Tloxp |

## Addresses Found

| Street Address | Known Date | Source |
|----------------|------------|--------|
| 301 Platt Blvd, Claremont, CA | 08/25/2008 - 08/25/2008 | Pdl - Rocketreach - Input - Tloxp |

Main Map



| | |
|---|---|
| Website | LinkedIn |
| | Subject: Rahul Swaminathan    File No.: 19613#0872056-00009PATTON, MAD |
| URL | https://www.linkedin.com/in/swaminathanrahul |
| Host IP+Date | 13.107.42.14 - United States 🇺🇸 |
| Category | Social Media Profile |
| Identifiers | [Rahul Swaminathan], [Claremont, CA], [Desertcart Trading Fze], [Swaminathanrahul], [Rswaminathan@Hmc.Edu], [Exact] |
| Confidence | Exact |
| Comments | |



| | | |
|---|---|---|
| Website |  LinkedIn | Subject: Rahul Swaminathan   File No.: 19613#0872056-00009PATTON, MAD |
| URL | https://www.linkedin.com/in/rahul-swaminathan-54b597148 | |
| Host IP+Date | 13.107.42.14 - United States 🇺🇸 | |
| Category | Social Media Profile | |
| Identifiers | [Rahul Swaminathan], [Desertcart Trading Fze], [Exact] | |
| Confidence | Exact | |
| Comments | | |



Subject: Rahul Swaminathan                    File No.: 19613#0872056-
                                              00009PATTON, MAD

Skopenow does not control or guarantee the accuracy, relevance, timeliness or completeness of information contained on a searched website; does not endorse the organizations sponsoring searched websites or the views they express or the products/services they offer; and cannot and does not authorize the use of copyrighted materials contained in searched websites. Any content, information and any materials provided by Skopenow is on an "as is" basis. Skopenow makes no warranty, expressed or implied, as to its accuracy, completeness or timeliness, or as to the results to be obtained by recipients, and shall not in any way be liable to any recipient of any message or media, whether in contact, in tort (including negligence), under a warranty, under statute or otherwise, in respect of any loss or damage suffered by such recipient as a result of or in connection with any actions, opinions, recommendations, forecasts, judgments, or materials provided or produced by Skopenow.

IMPORTANT

Data received through third parties may have been entered poorly, processed incorrectly and generally not free from defect. This data should not be relied upon as definitively accurate. Any data supplied in this report must be independently verified.

THIS IS NOT A CONSUMER REPORT and does not constitute a "CONSUMER REPORT" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Service Agreement, the Gramm-Leach Act ("GLB"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws. Recipient agrees to have Knowledge of all applicable laws pertaining to the usage of data. Recipient accepts all responsibility civilly and criminally for any use of this data.

Skopenow search results are obtained from content publicly available on the web. Skopenow can't remove this content directly from websites owned, operated and controlled by third parties. If you want to remove something from the web, you should contact the webmaster of the site the content is posted on and ask him or her to make a change.