# EXHIBIT I

## Results 1 to 6 of 6

**Last Name:** SWAMINATHAN; **First Name:** RAHUL; **City:** CLAREMONT; **State:** CA;

**FURTHER RESEARCH**
Reports for this Record
*No Report Options Available*

| ALL | NAME | SSN | ADDRESS | PHONE(S) | INDICATORS |
|---|---|---|---|---|---|
| 1. | RAHUL SWAMINATHAN<br>Gender - Male | | 301 PLATT BLVD<br>CLAREMONT, CA 91711-5901, LOS ANGELES COUNTY<br>Aug 2008 - Feb 2012<br>✓ Probable current address<br>⚑ College or university.<br>Map | | |
| 2. | RAHUL SWAMINATHAN<br>Gender - Male | | 340 E FOOTHILL BLVD<br>CLAREMONT, CA 91711-3116, LOS ANGELES COUNTY<br>Sep 2008 - Apr 2009<br>✓ Probable current address<br>Map | | |
| 3. | RAHUL C SWAMINATHAN<br>RAHUL SWAMINATHAN<br>**DOB:** 11/xx/1988<br>Age: 34<br>Gender - Male | SSN: 018-63-xxxx<br>⚑ SSN potentially randomly issued by the SSA. | 10228 RANCHO CARMEL DR<br>SAN DIEGO, CA 92128-3659, SAN DIEGO COUNTY<br>2022 - Feb 2023<br>✓ Probable current address<br>Map<br><br>10950 BROOKE DR APT 51323<br>SAN DIEGO, CA 92126-5084, SAN DIEGO COUNTY<br>Nov 2020 - Aug 2022<br>Map | | |
| 4. | RAHUL SWAMINATHAN<br>**DOB:** 6/xx/1990<br>Age: 32<br>Gender - Male | SSN: 752-67-xxxx<br>⚑ SSN potentially randomly issued by the SSA. | 340 S LEMON AVE APT 1038<br>WALNUT, CA 91789-2706, LOS ANGELES COUNTY<br>Dec 2014 - Feb 2023<br>✓ Probable current address<br>⚑ Newspaper facility.<br>⚑ Tax return preparation service.<br>Map<br><br>1 INDUSTRIAL PARK DR APT 9<br>PELHAM, NH 03076-2158, HILLSBOROUGH COUNTY<br>Jul 2017 - Mar 2022<br>Map<br><br>170 SAINT GERMAIN AVE<br>SAN FRANCISCO, CA 94114-2132, SAN FRANCISCO COUNTY<br>Dec 2014<br>Map | | people at work |
| 5. | RAHUL SWAMINATHAN<br>**DOB:** 10/xx/1988<br>Age: 34<br>Gender - Male | SSN: 683-93-xxxx<br>⚑ SSN potentially randomly issued by the SSA. | 617 TIMBERPINE AVE APT 4<br>SUNNYVALE, CA 94086-8366, SANTA CLARA COUNTY<br>Apr 2017 - Feb 2023<br>✓ Probable current address<br>Map<br><br>5201 GREAT AMERICA PKWY STE 400<br>SANTA CLARA, CA 95054-1143, SANTA CLARA COUNTY<br>Mar 2017 - Apr 2017<br>⚑ College or university.<br>Map | | |
| 6. | RAHUL SWAMINATHAN<br>**DOB:** 12/xx/2000<br>Age: 22<br>Gender - Male | SSN: 614-23-xxxx | 33513 MUSTANG ST<br>FREMONT, CA 94555-3520, ALAMEDA COUNTY<br>Jan 2019 - Feb 2023<br>✓ Probable current address<br>Map | | |