# EXHIBIT J



**O'Melveny & Myers LLP**

Locate Report on:

# RAHUL SWAMINATHAN

Prepared on March 23, 2023

IDI is not a "consumer reporting agency" and its services, including this report, do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). IDI services, including this report, may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA.

idiCORE may only be accessed and used in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA"), and other applicable laws. By accessing and using idiCORE, Subscriber reaffirms its understanding and agreement to the foregoing. Subscriber shall be liable for its use of this system. Any misuse, or violation of Subscriber agreements and/or applicable law, will result in investigation and termination of access.

## Subject Information

**RAHUL SWAMINATHAN**  752-67-XXXX  06/XX/1990  **AGE:** 32

| | |
|---|---|
| **Alias(es)**<br>RAHUL SWAMINATHAN | **Reported Current Address:**<br>1 INDUSTRIAL PARK DR UNIT 9, PELHAM, NH, 03076 (HILLSBOROUGH) (04/18/2017-03/01/2023) |
| **SSN(s)**<br>752-67-XXXX | **Bankruptcies:** None Found<br>**Motor Vehicles:** None Found<br>**Properties:** None Found<br>**Employment:** Yes |
| **DOB(s)**<br>06/XX/1990 (32) | **Liens:** None Found<br>**Judgments:** None Found<br>**Foreclosures:** None Found<br>**Possible Criminal/Infractions:** None Found<br>**Business Affiliations:** Yes<br>**Professional License:** None Found |

# Report Summary

| | | |
|---|---|---|
| Address Summary | ............................................................................................... | 6 Found |
| Phones | ............................................................................................... | 1 Found |
| Emails | ............................................................................................... | 1 Found |
| IP Addresses | ............................................................................................... | None Found |
| Possible Employers | ............................................................................................... | 4 Found |
| Deceased Report | ............................................................................................... | None Found |
| Bankruptcies | ............................................................................................... | None Found |
| Properties | ............................................................................................... | None Found |
| Motor Vehicles | ............................................................................................... | None Found |
| Aircraft | ............................................................................................... | None Found |
| Likely Relatives | ............................................................................................... | None Found |
| Likely Associates | ............................................................................................... | None Found |

## Address Summary                                                                                         6 Found

| Address | County | Dates |
|---|---|---|
| 1 INDUSTRIAL PARK DR UNIT 9, PELHAM, NH 03076 | (HILLSBOROUGH) | (04/18/2017-Current) |
| 5 LEWIS CIR, WILMINGTON, DE 19804 | (NEW CASTLE) | (10/24/2019) |
| 170 SAINT GERMAIN AVE, SAN FRANCISCO, CA 94114 | (SAN FRANCISCO) | (12/02/2014) |
| 340 S LEMON AVE, WALNUT, CA 91789 | (LOS ANGELES) | (12/01/2014-01/01/2023) |
| 340 FOOTHILL E, CLAREMONT, CA 91711 | (LOS ANGELES) | (09/01/2008-12/31/2008) |
| 301 PLATT BLVD, CLAREMONT, CA 91711 | (LOS ANGELES) | (08/01/2008-12/31/2008) |

## Phones                                                                 1 Found

| Phone | Type | Last Seen | Provider |
|---|---|---|---|
| 702-527-2485 | Cellular | 01/18/2023 | BANDWIDTH.COM - NV |

## Emails                                                                                          1 Found

**Possible Emails:**                                                                               **Last Seen:**
2Z8ZS06DS51S7Y4@MARKETPLACE.AMAZON.COM                                                             06/05/2017

## IP Addresses — None Found

## Possible Employers — 4 Found

**Name:** RAHUL SWAMINATHAN
**Possible Place of Employment (POE):** ASSOCIATED STUDENTS OF HARVEY
**Employer State:** CA
**Most Recent Source Date:** 08/08/2022
**Title:** OWNER

**Name:** RAHUL SWAMINATHAN
**Possible Place of Employment (POE):** HARVEY MUDD COLLEGE
**Employer State:** CA
**Most Recent Source Date:** 01/16/2020
**Title:** STUDENT

**Name:** RAHUL SWAMINATHAN
**Possible Place of Employment (POE):** PIFFERT INC
**Employer State:** DE
**Most Recent Source Date:** 12/26/2014
**Title:** DIRECTOR

**Name:** RAHUL SWAMINATHAN
**Possible Place of Employment (POE):** PIFFERT INC
**Employer State:** DE
**Most Recent Source Date:** 12/26/2014
**Title:** PRESIDENT

| | |
|---|---|
| **Deceased Report** | **None Found** |

| | |
|---|---|
| **Bankruptcies** | **None Found** |

| | |
|---|---|
| **Properties** | **None Found** |

| | |
|---|---|
| **Motor Vehicles** | **None Found** |

| | |
|---|---|
| **Aircraft** | **None Found** |

| | |
|---|---|
| **Likely Relatives** | **None Found** |

| **Relative Information:** | **Possible Phones:** | **Phone Type:** | **Last Seen:** | **Provider:** |
|---|---|---|---|---|

## Likely Associates                                                                                      None Found

**Associate Information:**         **Possible Phones:**         **Phone Type:**         **Last Seen:**         **Provider:**