# EXHIBIT K

# Levad, Andrew M.

| | |
|---|---|
| **From:** | Reyes, Ricardo A. |
| **Sent:** | Friday, March 24, 2023 1:36 PM |
| **To:** | Patton, Madeleine T.; Gosewehr, Katie |
| **Cc:** | Levad, Andrew M.; Court Services; Roper, Joe; Sikes III, George W. |
| **Subject:** | RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148) |

Hello all, please see current update from our process server below and please advise.

[EXTERNAL MESSAGE]

Good afternoon,

Here are the following reports for each address:

We would like to serve Rahul Swaminathan of DesertCart Trading FZE at the below addresses.

1. 301 Platt Blvd, Claremont, CA – This is Harvey Mudd College, our server was able to confirm with HR that Rahul Swaminathan is a current Bio Medical Engineering student at this college and lives on campus but they would not provide us with his address.

2. 1 INDUSTRIAL PARK DR UNIT 9, PELHAM, NH, 03076 - This is a warehouse address with a small office out front. The office is empty and the neighbor said no one ever uses that door. The back side has old notices up. There were signs for Piffert Inc only - I don't see Desertcart. A Google search shows this guy is involved in a lot of scams with this company.

3. 340 S LEMON AVE APT 1038, WALNUT, CA 91789-2706 – This is a po box location called Virtual Post Mail. Rahul or the company does not have a box with them.

Please advise, thanks!

*************


Ricardo A. Reyes
O: +1-213-430-7736
rareyes@omm.com

---

**From:** Roper, Joe <jroper@omm.com>
**Sent:** Thursday, March 23, 2023 3:06 PM
**To:** Patton, Madeleine T. <mpatton@omm.com>; Sikes III, George W. <gsikes@omm.com>; Gosewehr, Katie <kgosewehr@omm.com>; Reyes, Ricardo A. <rareyes@omm.com>
**Cc:** Levad, Andrew M. <alevad@omm.com>; Court Services <ommsvc2@OMM.COM>
**Subject:** RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148)

Understood. This has been relayed. Thanks.

Joe Roper
O: +1-213-430-6260
wroper@omm.com

**From:** Patton, Madeleine T. <mpatton@omm.com>
**Sent:** Thursday, March 23, 2023 2:59 PM
**To:** Sikes III, George W. <gsikes@omm.com>; Gosewehr, Katie <kgosewehr@omm.com>; Reyes, Ricardo A. <rareyes@omm.com>
**Cc:** Levad, Andrew M. <alevad@omm.com>; Court Services <ommsvc2@OMM.com>
**Subject:** RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148)

Yes, only on Rahul Swaminathan.

Madeleine Patton
O: +1 415-984-8708
mpatton@omm.com

**From:** Sikes III, George W. <gsikes@omm.com>
**Sent:** Thursday, March 23, 2023 2:51 PM
**To:** Patton, Madeleine T. <mpatton@omm.com>; Gosewehr, Katie <kgosewehr@omm.com>; Reyes, Ricardo A. <rareyes@omm.com>
**Cc:** Levad, Andrew M. <alevad@omm.com>; Court Services <ommsvc2@OMM.com>; Sikes III, George W. <gsikes@omm.com>
**Subject:** Re: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148)

See below and let us know.

Do you still require personal service only on Rahul Swaminathan?


On Mar 23, 2023, at 5:27 PM, Sikes III, George W. <gsikes@omm.com> wrote:


Thanks. I'll relay this to our process serving vendor now.

### O'Melveny

**George W. Sikes, III**
Managing Clerk
gsikes@omm.com
O: +1-212-408-2423

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*
*The American Lawyer: Ranked #1 on the A-List, including #1 for Associate Satisfaction*
*Vault: Five straight years in the Top 3 for Best Law Firm to Work For, Overall Diversity, and Best Summer Associate Program*

**From:** Patton, Madeleine T. <mpatton@omm.com>
**Sent:** Thursday, March 23, 2023 5:25 PM
**To:** Sikes III, George W. <gsikes@omm.com>; Gosewehr, Katie <kgosewehr@omm.com>; Reyes, Ricardo A. <rareyes@omm.com>
**Cc:** Levad, Andrew M. <alevad@omm.com>; Court Services <ommsvc2@OMM.com>
**Subject:** RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148)

Hi George,

We would like to serve Rahul Swaminathan of DesertCart Trading FZE at the below addresses.

1. 301 Platt Blvd, Claremont, CA
2. 1 INDUSTRIAL PARK DR UNIT 9, PELHAM, NH, 03076
3. 340 S LEMON AVE APT 1038, WALNUT, CA 91789-2706

Thanks,
Maddie

Madeleine Patton
O: +1 415-984-8708
mpatton@omm.com

**From:** Sikes III, George W. <gsikes@omm.com>
**Sent:** Thursday, March 23, 2023 7:44 AM
**To:** Gosewehr, Katie <kgosewehr@omm.com>; Reyes, Ricardo A. <rareyes@omm.com>; Patton, Madeleine T. <mpatton@omm.com>
**Cc:** Levad, Andrew M. <alevad@omm.com>; Court Services <ommsvc2@OMM.com>; Sikes III, George W. <gsikes@omm.com>
**Subject:** RE: [0872056-00009] Trader Joe's Company v. DesertCart Trading FZE et al (Doc# 5, N.D. Cal. 3:23-cv-01148)

Good morning,

Just checking back in regarding DesertCart.

Best,
George

# O'Melveny

**George W. Sikes, III**
Managing Clerk
gsikes@omm.com
O: +1-212-408-2423

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*