# EXHIBIT M

**From:** info@mgtinvestigative.com <info@mgtinvestigative.com>
**Sent:** Thursday, April 27, 2023 8:08 PM
**To:** Gosewehr, Katie <kgosewehr@omm.com>; Patton, Madeleine T. <mpatton@omm.com>
**Subject:** Swaminathan

[EXTERNAL MESSAGE]

Hi,

I attempted to serve Swaminathan at the 340 S. Lemon Ave, Walnut location. When I knocked on both the front door and the rear door, there was no answer. The same FEDEX notice I saw the last time I was there was still on the window, but the SoCal Edison notice was no longer affixed to the door. It could have fallen off and is wedged between the screen door and inner door where I was not able to see it.

I spoke with business owner of 338 S. Lemon which is located next door. Although the person could not speak English, or was not comfortable speaking English, when I pointed next door to 340 and asked if the business was still there, he took out a translator and typed "No one there. Long time."

I then spoke with the business owner and an employee next door at 336 S. Lemon Ave. Both stated they believed 304 S. Lemon Avenue was a "ghost business". I asked for clarification, and they said they thought the location was used as a mail drop for several other businesses and that they have not seen the owner for a few months. I asked them to describe the person they saw operating out of 340 and if they thought he was Indian. Both told me the person was a male Chinese. The owner of the business verified to me his address was 336 S. Lemon Avenue.

Lastly, I walked across the parking lot to speak with employees at 334 S. Lemon Avenue. Three of the employees said the business located at 340 S. Lemon had been closed for several months and they did not remember seeing an Indian male at the location.

Directly across the street from the complex housing 340 S. Lemon Avenue sits a United States Post Office. It has an address of 280 S. Lemon Avenue. This is probably the P.O. Box the process server was referring to.

Would you like for me to continue to attempt service at 340 S. Lemon Ave? It appears Swaminathan probably used this address to throw off anyone attempting to locate him as he did with the two addresses at Harvey Mudd College.

Please let me know so I can return early tomorrow.

Best regards,

*Michael*

Michael Tyus
M.G.T. Investigative Services, LLC
15218 Summit Ave #300-133
Fontana, CA 92336
(909) 320-8324 office
(909) 254-4932 cellular

CA PI #26498
www.mgtinvestigative.com
Proud member of CALI, TALI, FALI
Licensed & Insured

*Confidentiality statement - This e-mail communication (including any attachments) contains information that may be confidential and/or legally privileged information, be protected by the California's Private Investigator Act ("PIA") and privileges or constitute non-public information. The information contained herein is intended only for the person or entity to which it is addressed, solely for the use of the intended recipient(s). Unauthorized interception, review, re-transmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1989 (Public Law 99-508). If you have received this message in error, please notify M.G.T. Investigative Services immediately and destroy all copies of the communication.*