DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:    +1 650 473 2600
Facsimile:    +1 650 473 2601f

*Attorneys for Plaintiff Trader Joe's Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESERTCART TRADING FZE, a United Arab Emirates company, PIFFERT INC., a Delaware corporation, and DOES 1-5,<br><br>Defendants. | Case No. 3:23-cv-01148-CRB<br><br>**DECLARATION OF SCOTT W. PINK IN SUPPORT OF TRADER JOE'S *EX PARTE* MOTION FOR PERMISSION TO EFFECT SERVICE OF PROCESS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO SERVE DEFENDANT DESERTCART TRADING FZE**<br><br>Date:    June 16, 2023<br>Time:    10:00 a.m.<br>Judge:   Hon. Charles R. Breyer |

DECLARATION OF
SCOTT W. PINK
23-CV-01148-CRB

**DECLARATION OF SCOTT W. PINK**

I, Scott W. Pink, declare as follows:

1. I am over 18 years of age and make this declaration based upon personal knowledge of facts set forth below except as to those matters stated on information and belief. As to those matters, I am informed and believe them to be true. If called upon to testify, I could and would testify under oath to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of California and am special counsel with the law firm O'Melveny & Myers LLP, attorneys for Plaintiff Trader Joe's Company ("Trader Joe's") in this matter. This declaration is filed in support of Trader Joe's Motion to Serve Defendant DesertCart Trading FZE ("DesertCart") by Alternative Means, filed contemporaneously with this declaration.

3. On or about March 21, 2023, I spoke with Hamza Inatz of Defendant Piffert Inc. ("Piffert") on the telephone. I asked Mr. Inatz whether Piffert is related to DesertCart. Mr. Inatz informed me that Piffert has no corporate relationship to DesertCart.

4. On or about May 9, 2023, I spoke with Mr. Inatz again on the telephone. I asked Mr. Inatz whether he had any contact information for DesertCart. Mr. Inatz refused to provide such information, and informed me that it is "not their job to get us that information."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed on June 7, 2023 at Menlo Park, California.

By: _/s/ Scott W. Pink_
      Scott W. Pink