DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:    +1 650 473 2600
Facsimile:    +1 650 473 2601f

*Attorneys for Plaintiff Trader Joe's Company*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>DESERTCART TRADING FZE, a United Arab Emirates company, PIFFERT INC., a Delaware corporation, and DOES 1-5,<br><br>                    Defendants. | Case No. 3:23-cv-01148-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR PERMISSION TO EFFECT SERVICE OF PROCESS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO SERVE DEFENDANT DESERTCART TRADING FZE**<br><br>Date:    June 16, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff Trader Joe's Company's ("Trader Joe's") Motion for Permission to Effect Service of Process by Alternative Means ("Motion"), all papers and evidence submitted in support and opposition, the pertinent pleadings and papers on file in this action, and finding good cause to grant the Motion, hereby **GRANTS** the Motion.

Trader Joe's shall effect service of process on Defendant DesertCart Trading FZE ("DesertCart") by email to support@desertcart.com and legal@desertcart.com.

**IT IS SO ORDERED.**

Dated: _____        _____
                                          CHARLES R. BREYER
                                          SENIOR UNITED STATES DISTRICT JUDGE