1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center
3  28th Floor
   San Francisco, California 94111-3823
4  Telephone:    +1 415 984 8700

5  SCOTT W. PINK (S.B. #122383)
   spink@omm.com
6  2765 Sand Hill Road
   Menlo Park, California 94025-7019
7  Telephone:    +1 650 473 2600

8  *Attorneys for Plaintiff Trader Joe's Company*

                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESERTCART TRADING FZE, a United Arab Emirates company, PIFFERT INC., a Delaware corporation, and DOES 1-5,<br><br>Defendants. | Case No. 3:23-cv-01148-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL AND INJUNCTION** |

Plaintiff Trader Joe's Company ("Trader Joe's") and Defendants DesertCart Online General Trading LLC ("DesertCart") and Piffert Inc. ("Piffert") (collectively "Defendants"), by and through their attorneys of record, stipulate as follows:

**WHEREAS**, on or about March 14, 2023, plaintiff Trader Joe's Company ("Plaintiff" or "Trader Joe's") filed its Complaint against defendants DesertCart Online General Trading LLC and Piffert Inc. in this Court alleging claims for unfair competition, trademark infringement, trademark dilution, and common law trademark infringement and unfair competition concerning Defendants' unauthorized use of Trader Joe's intellectual property rights;

**WHEREAS**, the parties have reached a settlement of their disputes and Defendants have agreed to stipulate to the issuance of the permanent injunction sought by Plaintiff and the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

**WHEREAS**, that agreement contemplates the entry by this Court of a stipulated injunction, the terms of which are detailed below and which relates to the treatment of Trader Joe's intellectual property which for purposes of this Stipulated Injunction means but not limited to Trader Joe's products, trademarks, product names, trade dress, and packaging designs;

**WHEREAS**, DesertCart, as a party to be restrained by this stipulated injunction, agrees to the terms set forth herein;

**WHEREAS**, Piffert, as a party to be restrained by this stipulated injunction, agrees to the terms set forth herein;

**NOW, THEREFORE,** it is hereby STIPULATED by and between Trader Joe's, DesertCart, and Piffert (collectively, the "Parties" and each individually a "Party") and the Parties move that it be ORDERED by this Court that:

1. DesertCart, its agents, servants, officers, directors, employees, and all persons acting in concert with it, be restrained and ENJOINED from directly or indirectly:
    a. using any Trader Joe's trade dress or trademarks or any other copy, reproduction, colorable imitation, or simulation thereof on or in connection with DesertCart's goods or services;
    b. directly or indirectly infringing Trader Joe's trademarks in any manner,

        including, but not limited to, advertising, selling, and/or offering for sale any goods or services bearing any confusingly similar imitations of any of Trader Joe's trademarks, including product names, trade dress, or packaging designs;

    c. promoting or facilitating any services in any manner that is likely to confuse, mislead, or deceive members of the public into believing that DesertCart, or any of its agents, products, or services, are associated with Trader Joe's, are sponsored, approved, or licensed by Trader Joe's, or are in any other way connected or affiliated with Trader Joe's;

    d. facilitating the sale or delivery of Trader Joe's products without Trader Joe's express authorization, including, but not limited to, importing and/or exporting any good or service bearing a Trader' Joe's trademark or trade dress or any other copy, reproduction, colorable imitation, or simulation thereof under 19 U.S.C. § 1526(a) (prohibiting importation of goods bearing infringing marks) and/or 18 U.S.C. § 2320(i) (prohibiting exportation of goods bearing counterfeit marks), provided that if a third party places an infringing or counterfeit item on a website operated by DesertCart, DesertCart does not violate this subsection unless DesertCart fulfills an order for that item;;

    e. effecting assignments or transfers, forming new entities or associations, or utilizing any other means or device for the purpose of circumventing or otherwise avoiding prohibitions set forth in subparagraphs (a) through (d).

2. Piffert, its agents, servants, officers, directors, employees, and all persons acting in concert with it, be restrained and ENJOINED from directly or indirectly:

    a. using any Trader Joe's trade dress or trademarks or any other copy, reproduction, colorable imitation, or simulation thereof on or in connection with Piffert's goods or services;

    b. directly or indirectly infringing Trader Joe's trademarks in any manner, including, but not limited to, advertising, selling, and/or offering for sale any goods or services bearing any confusingly similar imitations of any of Trader

        Joe's trademarks, including product names, trade dress, or packaging designs;

c. promoting or facilitating any services in any manner that is likely to confuse, mislead, or deceive members of the public into believing that Piffert, or any of its agents, products, or services, are associated with Trader Joe's, are sponsored, approved, or licensed by Trader Joe's, or are in any other way connected or affiliated with Trader Joe's;

d. facilitating the sale or delivery of Trader Joe's products without Trader Joe's express authorization, including, but not limited to, importing and/or exporting any good or service bearing a Trader' Joe's trademark or trade dress or any other copy, reproduction, colorable imitation, or simulation thereof under 19 U.S.C. § 1526(a) (prohibiting importation of goods bearing infringing marks) and/or 18 U.S.C. § 2320(i) (prohibiting exportation of goods bearing counterfeit marks), provided that if a third party places an infringing or counterfeit item on a website operated by Piffert, Piffert does not violate this subsection unless Piffert fulfills an order for that item;

e. effecting assignments or transfers, forming new entities or associations, or utilizing any other means or device for the purpose of circumventing or otherwise avoiding prohibitions set forth in subparagraphs (a) through (d).

3. This Permanent Injunction shall be binding upon Defendants as well as its principals, officers, directors, shareholders, employees, agents, subsidiaries, parents, affiliates, heirs, legal representatives, assigns, and successors.

4. This Court shall retain exclusive and continuing jurisdiction over the Parties for purposes of enforcing and adjudicating any violations of this Stipulated Injunction.

5. This action is hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

**IN WITNESS WHEREOF**, the parties hereto have stipulated to this Permanent Injunction on this day of November 2, 2023.

| | |
|---|---|
| Dated: ~~October~~ November 2, 2023 | DAVID R. EBERHART<br>SCOTT W. PINK<br>O'MELVENY & MYERS LLP<br><br>By: _____<br>David R. Eberhart<br>Attorneys for Plaintiff<br>Trader Joe's Company |
| Dated: ~~October~~ November 2, 2023 | MICHAEL MALONEY<br>LAW OFFICES OF TED A. GREENE, INC.<br><br>By: _____<br>Michael Maloney<br>Attorney for Defendant<br>Piffert Inc. |
| Dated: ~~October~~ November 2, 2023 | MICHAEL MALONEY<br>LAW OFFICES OF TED A. GREENE, INC.<br><br>By: _____<br>Michael Maloney<br>Attorney for Defendant<br>DesertCart Online General Trading LLC |

PURSUANT TO STIPULATION,
**IT IS SO ORDERED.**

Dated: November 9, 2023

_____
CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE